IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RAJAMANI SENTHILNATHAN,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-1381-L-BK** |
| | § | |
| **AT&T, INC.,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On January 3, 2018, United States Magistrate Judge Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Defendant's Motion to Dismiss (Doc. 7), brought pursuant to Federal Rule of Civil Procedure 12(b)(6), and dismiss with prejudice Plaintiff's claims for alleged violations of the civil Racketeer Influenced and Corrupt Organizations Act ("RICO"), the only cause of action asserted by Plaintiff. The magistrate judge further recommended that the court not allow Plaintiff to amend his pleadings. No objections to the Report were filed.

After considering the motion, briefs, pleadings, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court, therefore, **grants** Defendant's Motion to Dismiss (Doc. 7); and **dismisses with prejudice** Plaintiff's RICO cause of action under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Further, for the reasons stated by the magistrate judge, the court will not allow Plaintiff to amend his pleadings. As no other claims remain, the court will enter judgment by separate order.

**It is so ordered** this 18th of January, 2018.

_____
Sam A. Lindsay
United States District Judge